

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2018

No. 04-17-00667-CV

**IN THE INTEREST OF A.E.S., A CHILD**,

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02849
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The appellee's motion for extension of time to file brief is hereby GRANTED.

It is so ORDERED on January 9, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court